UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------X    CASE NO.: 23-cv-03198-BRM-AME
RONALD LEMUS, individually
and on behalf of others
similarly situated                                                   **NOTICE OF MOTION**

       Plaintiff,

       v.

HUGO R. LANDSCAPING INC.,
a domestic corporation,
and HUGO REYES, an individual,

       Defendant.
---------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the memorandum of law and the declaration of Erik M. Bashian, Esq., accompanying this Notice of Motion, the exhibits attached thereto, and upon all prior pleadings and proceedings heretofore had, Plaintiff, RONALD LEMUS, by and through his attorneys Bashian & Papantoniou, P.C., hereby moves this Court, before United States District Judge Brian R. Martinotti, on a date and at a time to be set by the Court, at the Martin Luther King Jr. Courthouse, 50 Walnut Street, Room 4040, Courtroom PO 01, Newark, NJ 07101, for an Order pursuant to Federal Rule of Civil Procedure 55(b) for the entry of default judgment against the defendants HUGO R. LANDSCAPING INC. and HUGO REYES. The basis for the motion is set forth in the accompanying memorandum of law and supported by the declaration in support of the motion.

Dated:  Garden City, New York
         October 2, 2023

                                          Respectfully Submitted,
                                          **Bashian & Papantoniou, P.C.**
                                          *Attorneys for Plaintiff*
                                          1225 Franklin Avenue, Suite 325
                                          Garden City, NY 11530
                                          Tel:    (516) 279-1554
                                          Fax:   (516) 213-0339

                                          ***By:*** */s/ Erik M. Bashian*
                                          **ERIK M. BASHIAN, ESQ.**
                                          eb@bashpaplaw.com

To:

Hugo R. Landscaping, Inc.
c/o Hugo Reyes
406 Kennedy Drive, Apt. 1
Fairview, NJ 07022

Hugo Reyes
406 Kennedy Drive, Apt. 1
Fairview, NJ 07022