UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X

RONALD LEMUS, individually
and on behalf of others similarly situated,

CASE NO.: 2:23-cv-03198-BRM-AME

Plaintiff,

v.

HUGO R. LANDSCAPING INC.,
a domestic corporation,
and HUGO REYES, an individual,

Defendants.

-------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ronald Lemus hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Hugo R. Landscaping Inc., and Hugo Reyes. Defendants have not served an answer or motion for summary judgment. This dismissal is with prejudice and without costs or fees to any party.

Dated: Garden City, NY
December 12, 2023

SO ORDERED: _____

DATED: _13 December 2023_

Bashian & Papantoniou, P.C.
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
PH: (516) 279-1554

By: _/s/ Erik M. Bashian_
Erik M. Bashian, Esq.
eb@bashpaplaw.com

103524v1